1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PAUL TORRES,<br><br>          Defendant. | Case No. CR-19-490-CAS<br><br>[~~PROPOSED~~] FINDINGS AND ORDER |
|---|---|

In response to the COVID-19 pandemic that has been declared a national emergency and an emergency within the State of California, Congress passed the CARES Act authorizing Chief District Judges to provide authority for certain hearings to proceed by video or teleconference.  This Court then issued General Order 20-043, in which the Chief Judge found that emergency conditions due to the COVID-19 pandemic will materially affect the functioning of the Courts, and that under section 15002(b) (1) of the CARES Act, judges in this district are authorized to use video.  The General Order also found that felony pleas and sentencings cannot be conducted in person without seriously jeopardizing public health and safety.  On June 26, 2020, the Chief Judge extended General Order 20-043 for an additional 90 days.

/ / /

In light of General Order 20-043, which authorizes video hearings for various hearings – other than felony pleas and sentencings – without further findings; the fact that the CDC's social distancing guidelines are generally incompatible with large in-person hearings at the present time; the risk to the health and safety of Court staff in conducting this hearing fully in person; and the defendant's consent to proceed partially by video, it is necessary and appropriate to conduct this hearing with the parties and witnesses physically present in the courtroom, but with the Court and its staff appearing by video.

DATED: July 22, 2020

*Christine A. Snyder*

Hon. Christina A. Snyder
United States District Judge