NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
ANDREW M. ROACH (Cal. Bar No. 293375)
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0306/4447
    Facsimile: (213) 894-0141
    E-mail:   Andrew.Roach@usdoj.gov
              JohnPaul.Lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-CR-00490-CAS |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DENYING DEFENDANT'S APPLICATION FOR RECONSIDERATION OF ORDER OF DETENTION |
| v. | |
| PAUL FRANCISCO TORRES III, | |
| Defendant. | |

Having reviewed defendant Paul Francisco Torres III's ("defendant") Application for Reconsideration of Order of Detention (Dkt. 96), Memorandum of Law (Dkt. 98), In Camera Filing (Dkt. 99), the Government's Opposition to Defendant's Application for Reconsideration of Order of Detention (Dkt. 103), the Pretrial Services Reports and their prior recommendations of detention, and hearing the arguments of counsel, and after making additional oral findings on the record which are incorporated in this Order by reference, the COURT FINDS AS FOLLOWS:

1

1.  Pursuant to 18 U.S.C. § 3142, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community or any other person.  In making this determination, the Court has fully considered the nature and circumstances of the offenses charged; the rebuttable statutory presumption against defendant under 18 U.S.C. § 3142(e)(3); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to the community or any person.  The Court also has considered all the evidence offered at the hearing, the arguments of counsel, and the Pretrial Services Reports and their prior recommendations of detention.

2.  The Court bases the foregoing findings on the following factors:

    a.  The Court finds by a preponderance of evidence that defendant poses a risk of flight and nonappearance given his history of nonappearances, lack of compliance on court supervision, lack of stable housing and employment, and the other reasons stated on the record during the hearing; and

    b.  The Court finds by clear and convincing evidence that defendant poses a danger to the community given his criminal history, the current offenses, and the other reasons stated on record during the hearing.

3.  With respect to defendant's remaining arguments, the Court finds as follows:

    a.  Defendant is not entitled to release under 18 U.S.C. § 3164(c).  The Court finds that its prior orders to continue

defendant's trial date under 18 U.S.C. § 3161(h)(7) are expressly excluded from 18 U.S.C. § 3164 by virtue of 18 U.S.C. § 3164(b).

        b.   Defendant is not entitled to release under 18 U.S.C. § 3142(i). The Court finds that, given the nature of this case and its lack of complexity, defendant has not shown that his release is "necessary" for his defense, as required by § 3142(i).

THEREFORE, IT IS ORDERED:

1.   Defendant's Application for Reconsideration of Order of Detention (Dkt. 96) is denied without prejudice; and

2.   Defendant is to continue to be detained pending trial.

IT IS SO ORDERED.

September 17, 2020
DATE

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
ANDREW M. ROACH
Assistant United States Attorney

3